**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MAINE**

IN RE: Chapter 13

NOVEL, LLC,

Debtor(s) Case No. 26-20101

## RESPONSE TO MOTION TO AMEND

NOW COMES the Debtor, Novel LLC, by and through the undersigned Counsel, and responds to assignee Paul Miller's Motion to Amend the Petition, as follows:

1. Upon information and belief, Paul Miller purchased a debt from a creditor of the debtor under the name of Debtor's principal, d/b/a Novel Book Bar and Café. While it is highly doubtful that the principal ever personally operated a d/b/a while the Debtor operated an identical businesses at the same premises, if he did, Paul Miller is not a creditor in this case and has no standing to file any motion at all.

2. Regardless of any other individuals or corporations who may have used the tradename or alias, the Debtor has done business as Novel Book Bar and Café.

3. The requirement to list all aliases is, upon information and belief, intended to provide notice to potential creditors; it does not render the alias or tradename a debtor in separate from the filing debtor, nor does it result in a discharge as to the alias, or in any way intentionally impact others who choose to use the alias.

4. Accordingly, a Motion to force the Debtor to amend the petition to limit notice to potential creditors or parties in interest serves no purpose whatsoever and is, in fact, a frivolous motion, which position was expressed to Movant before the motion was filed.

5. While frivolous motions can give rise to Rule 9011 liability, this is a corporate debtor in a chapter 7 bankruptcy. Any harm from the motion would accrue only to the creditors and parties in interest who were denied notice as a result and the notice of filing has already been circulated, so establishing harm is difficult.

WHEREFORE, Debtor respectfully requests this Court enter an appropriate order on the Motion to Amend, together with such other and additional relief as it deems just and necessary.

Dated at Portland, Maine, this 19th day of May 2026

LAW OFFICE OF J. SCOTT LOGAN, LLC
By: /s/ J. Scott Logan
J. Scott Logan, Esq.
Counsel for Debtor
305 Main Street
Yarmouth, ME 04096
(207) 699-1314